

**EXHIBIT 1**

7 Airport Road, Savoy, IL 61874
ph 217-351-7700  fax 217-351-9843
www.flightstar.com

Wire Transfer Instructions:
FLIGHTSTAR CORPORATION
ABA Routing# ▮
Crediting Account# ▮
Busey Bank
201 W. Main Street
Urbana, IL 61801 USA

# WHOLESALE TRIP QUOTE

| Quoted For: | jetlux | | | Quote Number: | 17418 |
| Contact: | Camila Febus | | | Date Quoted: | 1/25/18 |
| Address: | | | | | |
| | | | | Aircraft: | GLEX |
| | | | | Tail #: | N612FG |
| Date of trip: | 1/26/18 to 2/1/18 | | | | |

| LEG # | DATE | ETD | DEPARTURE CITY | ARRIVAL CITY | ETA | PAX | S MILES | ETE | TZC |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/26/18 | 6:30pm | CHAMPAIGN, IL | VAN NUYS, CA | 8:30pm | 0 | 1,707 | 04:00 | -2.0 |
| 2 | 1/26/18 | 10:00pm | VAN NUYS, CA | TETERBORO, NJ | 5:36am | 6 | 2,456 | 04:36 | 3.0 |
| 3 | 1/31/18 | 6:00pm | TETERBORO, NJ | VAN NUYS, CA | 8:30pm | 6 | 2,456 | 05:30 | -3.0 |
| 4 | 1/31/18 | 8:45pm | VAN NUYS, CA | CHAMPAIGN, IL | 2:09am | 0 | 1,707 | 03:24 | 2.0 |
| | | | | | | | 8,326 | 17:30 | |

| | QTY | RATE | AMOUNT |
|---|---|---|---|
| Flight Time Charges | 10:06 | 5,250.00 /hr | 53,025.00 |
| Positioning Charges | 07:24 | 5,250.00 /hr | 38,850.00 |
| Layovers | 3 | 1,350.00 /day | 4,050.00 |
| RON's | 5 | 920.00 /day | 4,600.00 |
| **SUBTOTAL** | | | **100,525.00** |
| Addl Fees & Costs | 1 | | 750.00 |
| Landing Fees | 4 | | 3,320.00 |
| Winter Ops | 3 | | 1,650.00 |
| Fuel Cost | | | 43,024.45 |
| **SUBTOTAL** | | | **149,269.45** |
| Federal Excise Tax | | | 0.00 |
| **NO FEDERAL EXCISE TAX TRIP QUOTE** | | | **$149,269.45** |

*Please read, sign, and return pages 2 and 3 of this trip quote.*

Broker or operator is responsible for collecting and paying appropriate domestic, segment, and international Federal Excise Taxes.

{quote_avinode   Rev. 3.11.0.1}    Page 1 of 3    PRINTED: 1/25/18  4:29:26PM

2:18-cv-02131-CSB-EIL   # 1-1   Page 2 of 3



7 Airport Road, Savoy, IL 61874
ph 217-351-7700  fax 217-351-9843
www.flightstar.com

Wire Transfer Instructions:
**FLIGHTSTAR CORPORATION**
ABA Routing# ▉▉▉▉▉▉▉
Crediting Account# ▉▉▉▉▉▉▉
Busey Bank
201 W. Main Street
Urbana, IL  61801  USA

# WHOLESALE TRIP QUOTE

| | | | |
|---|---|---|---|
| Quoted For: | jetlux | Quote Number: | 17418 |
| Contact: | Camila Febus | Date Quoted: | 1/25/18 |

## Terms and Conditions

**Times and Validity:** This trip quote is valid for 15 days. Booking and confirmation is subject to the aircraft owner's approval and the aircraft & crew availability. Both the quote and the invoice are based upon estimated block times. Block time is wheels up to wheels down plus 12 minutes per leg..

**Payment Terms:** <u>Payment of the trip quote in full is required before trip will be confirmed</u>. If paying via a credit card, a 5.0% administrative charge will be added to the quoted amount.

**Costs & Charges Not Included In Trip Quote:** The additional costs & charges listed below are not included and will be invoiced <u>at cost</u> to the customer after the conclusion of the trip. These additional costs and charges may include:
* Flight phone usage
* Catering requests
* Special events and peak date charges
* Other customer requested services

**Trip Interruption:** In the event the scheduled aircraft is delayed, cancelled, or otherwise not available as a result of mechanical failure, weather, governmental intervention or action, or other causes beyond the control of Flightstar, Flightstar shall have no responsibility for such delay, cancellation, or unavailability. Customer will be responsible only for those charges incurred up to the point of cancellation or unavailability. With customer approval, Flightstar shall use reasonable efforts to obtain alternative aircraft, which may or may not be of similar type and configuration, or other alternative transportation to serve the customer affected by such delay, cancellation, or unavailability. Additional costs for these alternatives, if any, will be the responsibility of the customer and payable upon invoicing by Flightstar.

**Cancellation:** Trips cancelled by customer after confirmed booking will be subject to a cancellation fee equal to the sum of all non-refundable deposits and costs incurred for the trip including but not limited to flight planning services, permits, and accommodation deposits.

**Security:** Due to Federally mandated security procedures, all passengers 18 years of age or older will be required to present a valid government issued photo ID prior to boarding. <u>Unlisted passengers will cause a significant delay</u> for the flight due to required TSA security verification prior to boarding.

**International Travel:** The customer is responsible for obtaining any travel authorization documents such as passports and visas that may be required by destination government authorities. Passengers without proper documentation will not be allowed to board the aircraft.

**Damage:** Customer is responsible for the costs to repair any damage to the aircraft caused by the customer or its clients on this flight.

By signing and returning this trip quote you are acknowledging that you understand and agree to these terms and conditions and that you will collect and pay the appropriate Federal Excise Taxes for this trip.

Signature: _____   Title/Position: _____

Print Name: _____   Date: _____

**NO FET TRIP QUOTE**          $149,269.45       GLEX      N612FG     1/26/18 to 2/1/18

*Please return signed quote and CC authorization to: dispatch@flightstar.com or FAX 217-351-7681*

Broker or operator is responsible for collecting and paying appropriate domestic, segment, and international Federal Excise Taxes.

(quote_avinode - Rev. 3.11.0.1)          Page 2 of 3          PRINTED: 1/25/18 4:29:26PM



7 Airport Road, Savoy, IL 61874
ph 217-351-7700  fax 217-351-9843
www.flightstar.com

Wire Transfer Instructions:
**FLIGHTSTAR CORPORATION**
ABA Routing# ███
Crediting Account# ███
Busey Bank
201 W. Main Street
Urbana, IL  61801  USA

# WHOLESALE TRIP QUOTE

| | | | |
|---|---|---|---|
| Quoted For: | Jetlux | Quote Number: | 17418 |
| Contact: | Camila Febus | Date Quoted: | 1/25/18 |

## Credit Card Guarantee For Additional Costs and Charges

I, (Card Holder Name - printed please)  **Tomer Osovitzki**  , authorize The Flightstar Corporation to obtain an approval on my credit card in an amount that The Flightstar Corporation deems appropriate for the possible Additional Costs and Charges that may be incurred on this trip. I understand that I will be invoice for these Additional Costs and Charges after the conclusion of the trip and that payment terms are Net 10 days from date of the invoice.

I further authorize The Flightstar Corporation to charge my credit card for these Additional Costs and Charges in the event that payment is not received within the payment terms. I agree to pay a 5.0% administrative fee should the need arise to bill any of these charges to my credit card.

_[signature]_
Card Holder's Signature

| | | | |
|---|---|---|---|
| Credit Card Number | ███ 2002 | Credit Card Type | American Express |
| Expiration Date | 03/20 | Security Code | ███ |

Credit Card Billing Addresss
**2999 NE 191st Street Aventura FL 33180**

Invoice Address
**2999 NE 191st Street Aventura FL 33180**

**786-564-4205**
Phone

**camila.febus@jetlux.com**
Fax or email address

Please provide a clear copy (front and back) of your credit card as well as a copy of a photo ID.
Return to: dispatch@flightstar.com or fax 217-351-9843

Broker or operator is responsible for collecting and paying appropriate domestic, segment, and international Federal Excise Taxes.