

**EXHIBIT 2**

7 Airport Road, Savoy, IL 61874
ph 217-351-7700   fax 217-351-9843
www.flightstar.com

# WHOLESALE TRIP INVOICE

| | | | | |
|---|---|---|---|---|
| Quoted For: | JETLUX | | Invoice Number: | 10149 |
| Contact: | camila.febus@jetlux.com | | Date Invoiced: | 2/8/18 |
| Address: | 2999 NE 191 St. | | Quote Number: | 17418 |
| | Aventura, FL  33180 | | Date Quoted: | 1/25/18 |
| Phone: | 786-564-4205 | | Trip Number: | 22364 |
| | | Aircraft: GLEX | | |
| Date of trip: | 1/26/18 to 2/5/18 | Tail #: N612FG | Terms: | Due Upon Receipt |

| LEG# | DATE | DEPARTURE CITY | ARRIVAL CITY |
|---|---|---|---|
| 1 | 1/26/18 | CHAMPAIGN, IL | VAN NUYS, CA |
| 2 | 1/26/18 | VAN NUYS, CA | TETERBORO, NJ |
| 3 | 1/31/18 | TETERBORO, NJ | VAN NUYS, CA |
| 4 | 2/3/18 | VAN NUYS, CA | MINNEAPOLIS, MN |
| 5 | 2/5/18 | MINNEAPOLIS, MN | VAN NUYS, CA |
| 6 | 2/5/18 | VAN NUYS, CA | CHAMPAIGN, IL |

| | QTY | RATE | AMOUNT |
|---|---|---|---|
| Flight Time Charges (no fuel) | 17.0 | 5,250.00 /hr | 89,250.00 |
| Positioning Charges (no fuel) | 7.2 | 5,250.00 /hr | 37,800.00 |
| Layovers | 6 | 1,350.00 /day | 8,100.00 |
| Overnights | 10 | 920.00 /day | 9,200.00 |
| **SUBTOTAL** | | | **144,350.00** |
| Landing Fees | 6 | 830.00 /leg | 4,980.00 |
| Winter Ops | 5 | 550.00 | 2,750.00 |
| TEB: Addl Fees & Costs | 1 | 750.00 /ap | 750.00 |
| Special Event Charges | 1 | 5,000.00 /ea | 5,000.00 |
| 5.0% Credit Card Fee | 1 | 10,866.33 /ea | 10,866.33 |
| Catering | 1 | 47.94 /ea | 47.94 |
| Catering | 1 | 27.89 /ea | 27.89 |
| Catering | 1 | 66.23 /ea | 66.23 |
| Catering | 1 | 693.70 /ea | 693.70 |
| Catering | 1 | 917.85 /ea | 917.85 |
| Catering | 1 | 157.37 /ea | 157.37 |
| Catering | 1 | 252.87 /ea | 252.87 |
| Catering | 1 | 27.43 /ea | 27.43 |
| Catering | 1 | 568.31 /ea | 568.31 |
| Total Trip Fuel Costs | | | 59,496.67 |
| **SUBTOTAL** | | | **230,952.59** |
| **NO FEDERAL EXCISE TAX GRAND TOTAL** | | | **$230,952.59** |

**COMMENT:**

13 Passengers: Khaled & Asahd Khaled; Ivan Berrios; Jamie Crawford-Walker; Kendell Freeman; Johnny Mollings; Juan Pena; Gregory Philoctete; Chaka Pilgrim; Christopher Rabban; Candida Salas; Lenny Santiago; and Nicole Tuck.

<u>Broker is responsible for collection of appropriate domestic, segment, and international Federal Excise Taxes.</u>

(invoice_avinode - Rev. 3.10.0.1)    PRINTED: 2/8/18 5:57:33PM