

**EXHIBIT 4**

7 Airport Road, Savoy, IL 61874
ph 217-351-7700  fax 217-351-9843
www.flightstar.com

# WHOLESALE TRIP INVOICE

| | | | | |
|---|---|---|---|---|
| Quoted For: | JETLUX | | Invoice Number: | 10145 |
| Contact: | camila.febus@jetlux.com | | Date Invoiced: | 2/7/2018 |
| Address: | 2999 NE 191 St. | | Quote Number: | 17471 |
| | Aventura, FL  33180 | | Date Quoted: | 2/5/2018 |
| Phone: | 786-564-4205 | | Trip Number: | 22400 |
| | | Aircraft: LR-45XR | | |
| Date of trip: | 2/5/2018 to 2/6/2018 | Tail #: N511FG | Terms: | Due Upon Receipt |

| LEG# | DATE | DEPARTURE CITY | ARRIVAL CITY |
|---|---|---|---|
| 1 | 2/5/2018 | CHAMPAIGN, IL | MINNEAPOLIS, MN |
| 2 | 2/5/2018 | MINNEAPOLIS, MN | FORT LAUDERDALE, FL |
| 3 | 2/6/2018 | FORT LAUDERDALE, FL | CHAMPAIGN, IL |

| | QTY | RATE | AMOUNT |
|---|---|---|---|
| Flight Time Charges (no fuel) | 7.6 | 2,684.00 /hr | 20,398.40 |
| Overnights | 1 | 610.00 /day | 610.00 |
| **SUBTOTAL** | | | 21,008.40 |
| Landing Fees | 3 | 285.00 /leg | 855.00 |
| Winter Ops | 2 | 165.00 | 330.00 |
| FLL: Addl Fees & Costs | 1 | 350.00 /ap | 350.00 |
| 5.0% Credit Card Fee | 1 | 1,482.03 /ea | 1,482.03 |
| Total Trip Fuel Costs | | | 7,097.26 |
| **SUBTOTAL** | | | 31,122.69 |

**NO FEDERAL EXCISE TAX GRAND TOTAL**              **$31,122.69**

**COMMENT:**

__Broker is responsible for collection of appropriate domestic, segment, and international Federal Excise Taxes.__

(invoice_avinode - Rev. 3.10.0.1)                                         PRINTED: 3/20/2018  3:18:44PM